Stephen Smith, Plaintiff, v. Benjamin Schulman et al., Defendants. The People of the State of New York, Plaintiff, v. Benjamin Schulman, Defendant. Mary O'Connor, as Administratrix of the Estate of John O'Connor,

Deceased, et al., Appellants, v. Benjamin Schulman, Respondent, et al., Defendant.— Rabin, Acting P. J., Hopkins, Benjamin, Munder and Nolan, JJ., concur.